IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,                )
                                 )    2:10-cv-01541-GEB-KJM
          Plaintiff,             )
                                 )
     v.                          )    ORDER RE: SETTLEMENT AND
                                 )    DISPOSITION
Wasatch Pool Holdings, LLC, a    )
Utah limited liability company,  )
                                 )
          Defendants.            )
_____ )
```

Plaintiff filed a "Notice of Settlement" on November 7, 2010, in which he states, "the parties have settled this action. Dispositional documents will be filed within (30) calendar days."(ECF No. 11.)

Therefore, a dispositional document shall be filed no later than December 8, 2010.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Final Pretrial Conference scheduled for January 9, 2012, will remain on calendar in the event that the above referenced

1

1  dispositional document is not filed, or this action is not otherwise
2  dismissed.[1]
3          IT IS SO ORDERED.
4  Dated:  November 9, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1]   The Final Pretrial Conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2